AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**GEORGE HIGGINS,**

        Plaintiff,

        V.        CASE NUMBER: **00-C-838**

**JO ANNE BARNHART**
**Commissioner of Social Security Administration,**

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the decision of the Commissioner of the Social Security Administration that plaintiff is not disabled is AFFIRMED. Plaintiff's appeal is DENIED.**

**This case is hereby DISMISSED WITH PREJUDICE.**

    **January 4, 2007**
Date                                                   Clerk

                                                             s/ Linda M. Zik
                                                             (By) Deputy Clerk